First National Bank of Jonesboro, Illinois, Appellee, v. Road District No. 8, Union County, Illinois et al., Appellants.

Term No. 4,305.

opinion filed February 6, 1946; rehearing denied March 15, 1946; released for publication March 16, 1946. Paul D. Reese, for appellants; R. Wallace Karraker, for appellee. Opinion by PRESIDING JUSTICE STONE. Not to be published in full.